IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOY KALAE BALLES, ) Plaintiff, ) ) vs. ) ) KILOLO KIJAKAZI, Acting ) Commissioner of Social ) Security, ) ) Defendant. ) ) | CIV. NO. 23-00019 HG-WRP |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY'S FEES (ECF No. 25)**

On August 1, 2023, the Court granted the Parties' Stipulated Motion for Remand (ECF No. 21):

(1) vacating the final decision of the Commissioner of Social Security,

2) remanding the matter for further administrative proceedings before an Administrative Law Judge, and

3) determining Plaintiff entitled, upon proper application, to reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412(d) and for costs as enumerated in 28 U.S.C. § 1920, under 28 U.S.C. § 2412(a).

On October 29, 2023, Plaintiff filed a MOTION FOR ATTORNEY'S FEES. (ECF No. 25).

Having considered Plaintiff's unopposed application for reasonable attorney fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, and for good cause

shown, the Court **GRANTS** Plaintiff's Motion for Attorney's Fees (ECF No. 25).

The Clerk of Court is **ORDERED** to issue Judgment in favor of Plaintiff in the amounts enumerated in the Motion and agreed to by the Parties:

(1) EAJA attorney's fees in the amount of $8,982.86 and

(2) Costs in the amount of $300.00.

IT IS SO ORDERED.

DATED: November 1, 2023, Honolulu, Hawaii.

Helen Gillmor
United States District Judge

Joy Kalae Balles v. Kilolo Kijakazi, Acting Commissioner of Social Security, 23-cv-00019-HG-WRP, ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY'S FEES (ECF No. 25).